# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 4:24-cr-098-11 |
| **v.** ) | |
| ) | |
| **ISRAEL GRANT** ) | |

## MOTION TO DISMISS INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Southern District of Georgia hereby moves to dismiss, without prejudice, the indictment pending against Defendant Israel Grant.

Rule 48(a) of the Federal Rules of Criminal Procedure states that "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." FED. R. CRIM. P. 48(a).

In the instant case, the Government is acting in good faith in the dismissal of the pending indictment as the Government believes it is in the interest of justice. The Government has conferred with defense counsel and there is no objection to this Motion.

WHEREFORE, the Government respectfully requests that this Honorable Court GRANT its Motion to Dismiss Indictment against Defendant Israel Grant.

This 5th day of November 2024.

    Respectfully submitted,

    JILL E. STEINBERG
    UNITED STATES ATTORNEY

                 *s/E. Greg Gilluly*
                 E. Greg Gilluly
                 Deputy Chief, Criminal Division

| | |
|---|---|
| 22 Barnard Street, Suite 300 | *s/Marcela C. Mateo* |
| Savannah, Georgia 31401 | Marcela C. Mateo |
| Telephone: (912) 652-4422 | Assistant United States Attorney |
| Facsimile: (912) 652-4991 | Georgia Bar No. 397722 |
| E-mail: marcela.mateo@usdoj.gov | |