# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:24-cr-98-11 |
| ISRAEL GRANT, | |
| Defendant. | |

## O R D E R

This matter comes before the Court on the Government's Motion to Dismiss. (Doc. 104.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** Defendant Israel Grant from the Indictment in the above-captioned case without prejudice. The Court DIRECTS the Clerk of Court to TERMINATE any pending motions and deadlines as to Defendant Israel Grant.

**SO ORDERED**, this 6th day of November, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA